IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS C. BECHTLE, in his capacity as Receiver for Acorn II, L.P., Acorn Capital Management, LLC and any entities that Acorn II, L.P., or Acorn Capital Management, LLC own or control or in which any of them have an interest | : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| MASTER, SIDLOW & ASSOCIATES, P.A., et al. | : : | NO. 10-5195 |

## **ORDER**

**AND NOW**, this 7th day of February, 2011, upon consideration of Defendants Master, Sidlow & Associates, P.A., William Master, Frank Sidlow, Michael McCuddon, and Juan Pablo Vasquez's Motion to Dismiss the Complaint (Docket No. 8) and Plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.