IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS C. BECHTLE, in his capacity as Receiver for Acorn II, L.P. and Acorn Capital Management, LLC. et. al., <br><br> Plaintiff, <br><br> v. <br><br> Master, Sidlow & Associates, P.A., William Master, Frank Sidlow, Michael McCudden, and Juan Pablo Vasquez, <br><br> Defendants. | Civil Action No.: 2:10-cv-05195-JP |

## ORDER

**AND NOW**, this ___ day of _____, 2012, upon consideration Defendants' Motion for Summary Judgment, and Plaintiff's Response thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED** with regard to Counts I, III, IV, and V of Plaintiff's Complaint. **IT IS FURTHER ORDERED** that Defendants' Motion is **MOOT** with regard to Count II of Plaintiff's Complaint and Plaintiff's claims against Defendant William Master because those claims have been withdrawn.

_____
John R. Padova, J.