## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS C. BECHTLE, in his capacity as Receiver for Acorn II, L.P. and Acorn Capital Management, LLC. et. al., | : : : : | |
| | : | Civil Action No.: 2:10-cv-05195-JP |
| Plaintiff, | : | |
| | : | |
| v. | : : | |
| | : | |
| Master, Sidlow & Associates, P.A., William Master, Frank Sidlow, Michael McCudden, and Juan Pablo Vasquez, | : : : | |
| | : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2011, the Receiver's Memorandum of

Law in Opposition to Defendants' Motion for Summary Judgment and his Response to

Defendants' Statement of Uncontested Material Facts were filed electronically and are available

for downloading and viewing from the Court's ECF System.  I have also served a copy of the

Receiver's Memorandum of Law and Response to Defendants' Statement of Uncontested Facts

(without exhibits) via electronic mail upon the following counsel:

> Paul Cottrell, Esquire
> Patrick McGrory, Esquire
> One Customs House, Suite 500
> P.O. Box. 1031
> Wilmington, DE  19899
> (302) 658-6400
> p.mcgrory@tighecottrell.com
> p.cottrell@tighecottree.com

December 2, 2011                          /s/ Patricia M. Hamill