```
                                        Room No. 6614
                                        Tel. No. 215/597-1178
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LOUIS C. BECHTLE                :       Date of
                                :       Notice: February 16, 2012
         vs.                    :
                                :
MASTER, SIDLOW & ASSOCIATES, PA :       No. 10-5195
```

**TAKE NOTICE** that the above-entitled case has been set for TELEPHONE CONFERENCE on February 21 2012 at 11:00 a.m. before the Honorable John R. Padova. Counsel for the Plaintiff is responsible for initiating the call. When all parties are on the line, you may contact Chambers at 215-597-1178.

```
                                Very truly yours,


                                S/ MICHAEL BECK
                                Michael Beck
                                Deputy Clerk to Judge Padova
```