IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS C. BECHTLE**, in his capacity as Receiver for the assets and records of Acorn II, L.P., Acorn Capital Management, LLC and any entities that Acorn II, L.P., or Acorn Capital Management, LLC own or control or in which any of the have an interest,<br><br>Plaintiff,<br><br>v.<br><br>**Master, Sidlow & Associates, P.A.**, **William Master**, **Frank Sidlow**, **Michael McCudden**, and **Juan Pablo Vasquez**,<br><br>Defendants. | Civil Action No.: 2:10-cv-05195-JP<br><br><br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties to this action through their undersigned counsel, and subject to approval by the Court, that Plaintiff's claims against all Defendants are hereby dismissed with prejudice with each party to bear their own costs.

| | |
|---|---|
| **TIGHE & COTTRELL, P.A.** | **CONRAD O'BRIEN, PC** |
| /s/ Patrick McGrory_____ | /s/ Kevin Dooley Kent_____ |
| Paul Cottrell, Esq. (PA # 43400) | Patricia M. Hamill, Esq. (Pa # 48416) |
| Patrick McGrory, Esq. (PA #202259) | Kevin Dooley Kent, Esq. (Pa # 85962) |
| One Customs House Square | Francesco P. Trapani, Esq. (Pa # 209123) |
| 704 King Street, Suite 500 | 1500 Market Street, |
| P.O. Box 1031 | West Tower, 39th Floor |
| Wilmington, Delaware 19899 | Philadelphia, PA 19102-1921 |
| Telephone:    (302) 658-6400 | Telephone:    (215) 864-9600 |
| Facsimile:    (302) 658-9836 | Facsimile:    (215) 864-9620 |
| p.mcgrory@tighecottrell.com | *Counsel for Louis C. Bechtle, Receiver* |
| *Counsel for Defendants* | |
| Dated:  March 28, 2012 | Dated:  March 28, 2012 |

**SO ORDERED,** this _____ day of _____, 2012

_____
The Honorable John R. Padova, U.S.D.C